AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 1366015

**RECEIVED**
By USMS District of Columbia District Court at 4:58 pm, Jul 25, 2025

| | |
|---|---|
| United States of America<br>v.<br>SHERWOOD RUSSELL<br><br>*Defendant* | Case: 1:25-cr-00210<br>Assigned To: Judge Cooper, Christopher R.<br>Assign Date: 7/25/2025<br>Description: INDICTMENT (B) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SHERWOOD RUSSELL,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

Date: 07/25/2025

Issuing officer's signature

City and state: Washington, DC

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/25/2025, and the person was arrested on *(date)* 07/29/2025
at *(city and state)* Washington, DC.

Date: 07/29/2025

Arresting officer's signature

Stephen H. Lowe   DUSM
*Printed name and title*